FILED
June 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003589663

2 pages

LAW OFFICE OF BONNIE BAKER
Bonnie Baker- State Bar No. 70572
1650 Oregon Street, Suite 209
Redding CA 96001
Phone: (530) 241-5421
Fax: (530) 241-7138
email: bonniebakerlaw@gmail.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 2011-33250 |
| WINFORD SAMPLE | DCN: BB-1 |
| and | Date: July 26, 2011<br>Time: 9:30 |
| WILMA SAMPLE | Judge: Hon. Christopher M. Klein<br>Crtrm: 35 |
| Debtors | MOTION FOR ORDER TO COMPEL TRUSTEE TO ABANDON BUSINESS ASSETS |
| _____/ | |

WINFORD SAMPLE and WILMA SAMPLE, the debtors herein, move this court for an order compelling the Trustee, JOHN REGER, to abandon their DOUBLE W TRAINING located at 6950 Hyrax Road, Anderson, California, Shasta County. This is a small business for boarding horses. They have few horses that they are boarding at this time. Trustee has evaluated their petition. Trustee's stipulation to abandon the business properties has been filed with the court and is attached hereto as **Exhibit "A"** .

The debtors have utilized their joint tools of the trade exemption in exempting the business assets.

1

Filed Schedules B and C are attached as **[Exhibit B]** identifying the businesses assets and inventory and the exemptions claimed on the property. Trustee has stipulated to the abandonment of the business.

The debtor , therefore, request that the Trustee be directed to abandon the bankruptcy estate's interest in the debtors' businesses referenced above, and for such other relief as may be appropriate.

Dated: June 21, 2011

/s/ Bonnie Baker
BONNIE BAKER,
  Attorney for Debtors